SOPHIA A. SEARLES AND ANOTHER, EXECUTORS, APPELLANTS, *v.* VOLMER R. HARVEY AND OTHERS, RESPONDENTS.

*Writ de lunatico inquirendo — Inquisition — finding in as to duration of lunacy — effect of.*

An inquisition taken by virtue of a writ *de lunatico inquirendo*, which finds that the alleged lunatic was of unsound mind, and had been in such condition for twenty-four months, is not conclusive evidence of the incapacity of the alleged lunatic to make a will during such twenty-four months. (*Wadsworth* v. *Sharpsteen*, 8 N. Y., 388; *Van Duesen* v. *Leveal*, 31 id., 379; *Wolcott* v. *Adee*, 3 Lans., 173.)

APPEAL from an order of the surrogate of Jefferson county, refusing to admit to probate, a will purporting to be the will of Elisha Harvey, deceased.

*L. J. Dorwin*, for appellants.   *Hubbard & Walts*, for respondents.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Order of surrogate affirmed, with costs of appeal.